[No. 31950-7-I.   Division One.   August 1, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. DEONTAE
JACKSON, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00475-1, James A. Noe, J., entered November 19, 1992. *Reversed* by unpublished opinion per Coleman,
J., concurred in by Webster, C.J., and Becker, J.

[No. 32821-2-I.   Division One.   August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
ROBIN CORRAL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00500-2, John F. Wilson, J., entered
May 13, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 30485-2-I.   Division One.   August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
GUSMAN TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-07056-0, Faith Enyeart, J., entered April
14, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 32333-4-I.   Division One.   August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP
NORTON STROUD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-06966-7, Norma Smith Huggins, J., entered
February 18, 1993. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Webster, C.J., and Agid, J.